# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00326-MR-WCM

| | |
|---|---|
| **ARGONAUT INSURANCE COMPANY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **CLEVELAND CONSTRUCTION, INC.,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Stay Pending Completion of Arbitration [Doc. 5], as amended [Doc. 7].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion [Doc. 5], as amended [Doc. 7] is **GRANTED**, and this matter is hereby **STAYED** pending full and final resolution of an arbitration between the parties in Atlanta, Georgia. Upon full and final resolution of the arbitration, either party may move to lift the stay, should any issues remain, or to move for final dismissal.

**IT IS FURTHER ORDERED** that the parties shall submit a status report to the Court every ninety (90) days advising of the status of the parties' arbitration.

**IT IS SO ORDERED.**

Signed: February 4, 2019

Martin Reidinger
United States District Judge